Jeremy E. Branch (SBN 303240)
THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
T: (866) 329-9217
F: (657) 246-1312
JeremyB@jlohman.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DURAN, | Case No. 5:19-cv-02051-DMG-KK |
| Plaintiff, | NOTICE OF SETTLEMENT |
| – vs – | |
| ENCORE RECEIVABLE MANAGEMENT, INC., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Maria Duran ("Plaintiff") and Defendant Encore Receivable Management, Inc. ("Defendant") have reached settlement in the above-captioned matter. Plaintiff intends to file a Notice of Voluntary Dismissal once the Settlement Agreement has been finalized. Therefore, Plaintiff requests thirty (30) days in order to finalize settlement and dismiss the action.

Dated: July 16, 2020

RESPECTFULLY SUBMITTED,

By: */s/ Jeremy E. Branch*
Jeremy E. Branch (SBN 303240)
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
T: (866) 329-9217

- 1 -

NOTICE OF SETTLEMENT

1

F: (657) 246-1312
JeremyB@jlohman.com
Attorney for Plaintiff, MARIA DURAN

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record, including:

Jennifer N. Lamirand, Cal. Bar No. 259482
CROWE & DUNLEVY, P.C.
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
jennifer.lamirand@crowedunlevy.com

*Attorney for Defendant*

By: */s/ Jeremy E. Branch*
Jeremy E. Branch (SBN 303240)
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
T: (866) 329-9217
F: (657) 246-1312
JeremyB@jlohman.com
Attorney for Plaintiff, MARIA DURAN