Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, MARIA DURAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DURAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC.,<br><br>　　　　Defendant/Third-Party Plaintiff,<br><br>v.<br><br>RETAIL FINANCE INTERNATIONAL HOLDINGS, INC. and SYNCHRONY FINANCIAL,<br><br>　　　　Third-Party Defendants. | Case No: 5:19-cv-02051-DMG-KK<br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Plaintiff Maria Duran ("Plaintiff"), Defendant Encore Receivable Management, Inc. ("Defendant"), and Third-Party Defendants Retail Finance International Holdings, Inc. and Synchrony Financial ("Third-Party Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the

dismissal of the above-captioned action WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

JOINTLY SUBMITTED BY:

/s/ Jennifer N. Lamirand (with permission)
Jennifer N. Lamirand, Cal. Bar No. 259482
CROWE & DUNLEVY, P.C.
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
jennifer.lamirand@crowedunlevy.com

Vincent S. Green (SBN 231046)
KAUFMAN DOLOWICH & VOLUCK, LLP
Email: vgreen@kdvlaw.com
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025
Tel: (310) 775-6511
Fax: (310) 525-9720

*COUNSEL FOR DEFENDANT*

/s/ Steven P. Warner (with permission)
Zachary C. Frampton (SBN 303225)
Email: zframpton@reedsmith.com
Steven P. Warner (SBN 159404)
Email: swarner@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080
*COUNSEL FOR THIRD-PARTY DEFENDANTS*

/s/ Jeremy E. Branch
Jeremy E. Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
*COUNSEL FOR PLAINTIFF*

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2020, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following registered parties:

Jennifer N. Lamirand, Cal. Bar No. 259482
CROWE & DUNLEVY, P.C.
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
jennifer.lamirand@crowedunlevy.com

Vincent S. Green (SBN 231046)
KAUFMAN DOLOWICH & VOLUCK, LLP
Email: vgreen@kdvlaw.com
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025
Tel: (310) 775-6511
Fax: (310) 525-9720

*COUNSEL FOR DEFENDANT*

Zachary C. Frampton (SBN 303225)
Email: zframpton@reedsmith.com
Steven P. Warner (SBN 159404)
Email: swarner@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080
*COUNSEL FOR THIRD-PARTY DEFENDANTS*

/s/ *Jeremy E. Branch*
Jeremy E. Branch – Bar #303240
28544 Old Town Front Street, Suite 201
The Law Offices of Jeffrey Lohman, P.C.
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, MARIA DURAN