**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DURAN,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC.,<br><br>　　　　　Defendant/Third-Party Plaintiff,<br><br>v.<br><br>RETAIL FINANCE INTERNATIONAL HOLDINGS, INC. and SYNCHRONY FINANCIAL,<br><br>　　　　　Third-Party Defendants. | Case No.: ED CV 19-2051-DMG (KKx)<br><br>**ORDER RE DISMISSAL OF ACTION [31]** |

1  Plaintiff, Maria Duran ("Plaintiff"), Defendant Encore Receivable Management,
2  Inc. ("Defendant"), and Third-Party Defendants Retail Finance International Holdings,
3  Inc. and Synchrony Financial ("Third-Party Defendants"), having filed a Joint Stipulation
4  of Dismissal, and good cause appearing,
5  IT IS HEREBY ORDERED that Plaintiff's claims against Defendant and
6  Defendant's claims against Third-Party Defendants are DISMISSED with prejudice.
7  Each party shall bear its own attorney's fees and costs.

9  DATED:  August 19, 2020                         _____
10                                                 DOLLY M. GEE
                                                   UNITED STATES DISTRICT JUDGE